# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

August 13, 2008

RECEIVED
AUG 15 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

VIA FACSIMILE
(212) 805-7901
Honorable Harold Baer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Johnny Rivera**
    **08 Cr. 78 (HB)**

The Hon. Judge Baer:

As counsel of record for Johnny Rivera I am writing to request an adjournment of sentencing scheduled for September 4, 2008. The government, through Assistant United States Attorney Todd Blanche, consents to this request for an adjournment.

I make this request for an adjournment as we need more time to review Mr. Rivera's paperwork. Additionally, Mr. Rivera's brother, who is in the United States Army, would like to attend sentencing and must give advanced notice to the supervising officers on his Army base. For both of the above reasons, we request an adjournment of sentencing to a date after October 6, 2008.

To that end, we request that the time between today and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the defense to review discovery and determine what motions, if any, are necessary. Thank you.

*[handwritten: adjourned to Oct 16 - check Chambers for time 11:30 A.M.]*

Sincerely,

Sabrina P. Shroff
Assistant Federal Defender
(212) 417-8713

CC: Assistant United States Attorney Todd Blanche (via email)

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 8/18/08

TOTAL P.002